**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States Courts
Southern District of Texas
FILED

*December 01, 2020*
.........

David J. Bradley, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | § |
| **v.** | § |
| | § |
| | § |
| **MARCO ANTONIO MELENDEZ-** | § |
| **CASTANEDA** | § |

Criminal No. **M-20-2061**

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 23, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MARCO ANTONIO MELENDEZ-CASTANEDA

in connection with the attempted acquisition of a firearm, namely: a 9mm handgun from Glick Twins, Inc., in Pharr, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Glick Twins, Inc, which statement was intended to and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such acquisition of the said firearm, in that MARCO ANTONIO MELENDEZ-CASTANEDA falsely represented on the ATF form 4473 that he was not a felon when in truth and fact MARCO ANTONIO MELENDEZ-CASTANEDA knew that said statement and representation was false.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY