**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 7:20-cr-2061** |
| | § | |
| **MARCO ANTONIO MELENDEZ-** | § | |
| **CASTANEDA** | § | |

## Exhibit List

The Government intends to offer the following Exhibits at trial:

1.  Defendant's "Judgment of Conviction by Court & Order of Community Supervision" for Aggravated Assault on July 10, 2006 in case number CR-0835-06-G out of the 370th Judicial District Court in Hidalgo County, Texas

2.  Defendant's "Waiver of Rights & Consent to Stipulation of Evidence And/Or Testimony & Plea of Guilty or No Contest" in case number CR-0835-06-G

3.  Defendant's "Plea Admonishments" in case number CR-0835-06-G

4.  ATF form 4473 and Firearms Transactions Record certified by the Defendant on September 23, 2020

5.  Audio Recording from Defendant's Interview on November 3, 2020